1  MANUEL F. CACHAN (State Bar No. 216987)
   manuel.cachan@mto.com
2  JORDAN D. SEGALL (State Bar No. 281102)
3  jordan.segall@mto.com
   MUNGER, TOLLES & OLSON LLP
4  355 South Grand Avenue, 35th Floor
5  Los Angeles, California 90071-1560
   Telephone:  (213) 683-9100
6  Facsimile:   (213) 687-3702
7
8  BENJAMIN J. HORWICH (State Bar No. 249090)
   ben.horwich@mto.com
9  MUNGER, TOLLES & OLSON LLP
10 560 Mission Street, 27th Floor
   San Francisco, California 94105-2907
11 Telephone:  (415) 512-4000
12 Facsimile:   (415) 512-4077

13 Attorneys for Defendant GALLS, LLC

14

15                 UNITED STATES DISTRICT COURT

16        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

17

| | |
|---|---|
| ERIC KAESMAN, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GALLS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:   8:14-CV-1563<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL AND SUPPORTING DOCUMENTS**<br><br>(Orange County Superior Court Case No. 30-2014-00742165-CU-MC-CJC) |

24658898.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, CA 90071-1560.

On September 26, 2014, I served true copies of the following document(s) described as

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECS. 1331, 1441 AND 1446 AND 15 U.S.C. SEC 1681P**

**CERTIFICATE OF INTERESTED PARTIES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY ELECTRONIC SERVICE:** I served the document(s) on the person listed in the Service List by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 26, 2014, at Los Angeles, California.

  /s/ Sydney V. Etter  
Sydney V. Etter

24658898.1

## SERVICE LIST

| | |
|---|---|
| **GAINES & GAINES, APLC**<br>2155 Oxnard Street, Suite 980<br>Woodland Hills, CA 91367<br>Tel: (818) 703-8985<br>Fax: (818) 703-8984<br>Daniel F. Gaines (Daniel@gaineslawfirm.com)<br>Alex P. Katofsky (alex@gaineslawfirm.com)<br>Sepideh Hirmand (sepideh@gaineslawfirm.com)<br>Evan S. Gaines (evan@gaineslawfirm.com | Attorneys for Plaintiff,<br>ERIC KAESMAN |

24658898.1